UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GLOBAL GARMENTS, LLP, ) | SA CV 08-477 AHS (MLGx) |
| Plaintiff, ) | |
| v. ) | ORDER TO DEFENDANTS TO SHOW CAUSE WHY THE COURT SHOULD NOT REMAND THE ACTION TO STATE COURT, RETURNABLE May 30, 2008 |
| JORDACHE ENTERPRISES, INC., et al., ) | |
| Defendants. ) | |

On April 2, 2008, plaintiff filed this action in the Orange County Superior Court. Defendants filed their Notice of Removal on May 1, 2008. Defendants attempt to establish jurisdiction on diversity of citizenship grounds. However, defendants do not allege facts sufficient to show that complete diversity exists in this action.

To establish the citizenship of a non-corporate entity, a plaintiff must allege the citizenship of each of the partners or members of that entity. See C.T. Carden v. Arkoma Associates, 494 U.S. 185, 195-96, 110 S. Ct. 1015, 108 L. Ed. 2d 157 (1990) (applying rule to limited partnership); Johnson v. Columbia

1 | <u>Properties Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006)
2 | (applying rule to limited liability company); <u>Mudge Rose Guthrie</u>
3 | <u>Alexander & Ferndon v. Pickett</u>, 11 F. Supp. 2d 449, 451-52
4 | (S.D.N.Y. 1998) (applying rule to limited liability partnership);
5 | <u>Reisman v. KPMG Peat Marwick LLP</u>, 965 F. Supp. 165, 176 (D. Mass.
6 | 1997) (same).  Here, plaintiff's state court complaint alleges it
7 | is a "California Professional Corporation" with its principal
8 | place of business in California.  Compl. ¶ 1.  In support of
9 | removal, defendants note the complaint and allege that
10 | conversations with plaintiff's counsel have confirmed that
11 | plaintiff is a California corporation and not a limited liability
12 | company.  However, defendants do not offer any proof of
13 | plaintiff's corporate status.  The use of "LTD" in plaintiff's
14 | business name suggests it is a limited liability partnership
15 | rather than a corporation.  With this limited information
16 | regarding plaintiff's status as a corporation or the citizenship
17 | of each partner, the Court cannot determine whether the parties
18 | are in fact completely diverse.
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1   The Court therefore orders defendants to show cause in
2 writing not later than May 30, 2008, why the Court should not
3 remand this action for lack of subject matter jurisdiction.  No
4 oral argument on this matter will be heard unless otherwise
5 ordered by the Court.
6   IT IS SO ORDERED.
7   IT IS FURTHER ORDERED that the clerk shall serve a copy
8 of this Order on counsel for all parties in this action.
9   DATED:  May 22, 2008.

                                    ALICEMARIE H. STOTLER
                                 _____
                                    ALICEMARIE H. STOTLER
                                    CHIEF U.S. DISTRICT JUDGE